IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSET MANAGEMENT, LLC, | ) |
| *Plaintiff,* | ) ) ) Case No.: |
| v. | ) ) |
| SCOTT J. KRONE, | ) ) |
| *Defendant.* | ) |

### COMPLAINT FOR CONFESSION OF JUDGMENT

Plaintiff Illinois Asset Management, LLC ("IAM"), by its attorneys, Jeffrey C. Blumenthal Chartered, for its Complaint for Confession of Judgment against Defendant, Scott J. Krone ("Krone"), alleges as follows:

### INTRODUCTION

1) Plaintiff, IAM, brings this action against Defendant, Krone, for confession of judgment arising from a Krone's execution of a Commercial Guaranty, a copy of which is attached hereto as Exhibit A, in which Krone unconditionally guaranteed the payment of a Promissory Note, a copy of which is attached as Exhibit B.[1]

### PARTIES

2) Plaintiff, IAM, is a Limited Liability Company with only one member, Abdul Arif ("Arif"), who is the President and sole Officer of IAM. Because Arif, the sole member of IAM, is a citizen of the State of Kansas, IAM is also a citizen of Kansas for diversity of citizenship purposes.

---

[1] The Loan Number related to the Guaranty has been redacted for conditionality purposes and the Loan Number and certain other identifying information has been redacted from the Promissory Note. Plaintiff stands ready to produce either unredacted copies of these instruments or the original instrument should the Court require the same.

1

3) Defendant, Krone, is an individual, who is a citizen of the State of Illinois for diversity of citizenship purposes.

## JURISDICTION AND VENUE

4) This Court has subject matter jurisdiction over this case in accordance with 28 U.S.C. §1332, as the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and because the parties are citizens of different states.

5) Venue is appropriate in this District in accordance with 28 U.S.C. § 1391(b)(1) and (2) respectively because the Defendant, Krone resides in the Northern District of Illinois, Eastern Division and because a substantial part of the events giving rise to Plaintiff's claims occurred within this District.

## STATEMENT OF FACTS

6) On or about June 22, 2016, International Bank of Chicago ("IBC"), IAM's predecessor in interest, made a Commercial loan to an entity known as Platform Bradley, LLC in the original principal amount of $5,600,000.00 ("Bradley Loan").

7) The Bradley Loan is evidenced by the Promissory Note in the original principal amount of $5,600,000.00, executed by Scott J Krone and Noel P Cain on June 22, 2016 (the "Promissory Note"), a copy of which is attached and made a part of this Complaint as Exhibit B.

8) On or about June 22, 2016, in conjunction with the execution of the Promissory Note, and as security for repayment thereof, Krone executed a Commercial Guaranty (the "Krone Guaranty") whereby he personally guaranteed full payment of the Bradley Loan to IBCor to order. A copy of the Commercial Guaranty is attached and made a part of this Complaint as Exhibit A. The Krone Guaranty was absolute, unconditional, and continuing, including

all costs and expenses incurred in connection with enforcing the Guaranty.

9) The Promissory Note for the Bradley Loan provides for the payment of default interest at the rate of fifteen percent (15%) after default.

10) On or about January 24, 2019, IBC, IAM's predecessor in interest, declared the Promissory Note in default pursuant to a Default Letter sent to Krone and others. A correct copy of the Default Letter is attached and made part of this Complaint Exhibit C.

11) On or about February 28, 2019, Plaintiff, IAM, purchased from IBC the $5,600,000.00 Bradley Loan/the Promissory Note and all related Collateral, including, but not limited to, Krone's Commercial Guaranty. A copy of the Non-Recourse Loan Sale Agreement reflecting IAM's purchase the Bradley Loan/the Promissory Note and all related Collateral is attached and made a part of this Complaint as Exhibit D[2].

12) As a consequence of its purchase of the Promissory Note, for all collection purposes, IAM is deemed the Lender under the Promissory Note.

13) The Bradley Loan has been continuously over thirty (30) days past due since July 22, 2018.

14) Demand has been made on Krone to pay: (a) the 15% default interest (less the 4.5% interest payments made by others) due on the Promissory Note from July 22, 2018 to February 28, 2019, the date on which IAM purchased the Bradley Loan/the Promissory Note and all related Collateral; (b) the per diem default interest due on the Promissory Note from March 1, 2019 to the date Krone makes payment of the interest amount due; (c) IAM's attorneys' fees incurred in connection with collection efforts on the Promissory Note as provided for by Krone's Guaranty; and (d) Krone has been requested to provide certain financial

---

[2] For confidentiality purposes, the Loan Number has been redacted from Exhibit E, p.23 of the Non-Recourse Loan Sale Agreement, plaintiff stands ready to produce either an unredacted copy of this Exhibit or the original of the Non-Recourse Loan Sale Agreement should the Court require production of the same.

3

documents as provided for in his Guaranty.

15) Krone has both failed to make the requested payments required to be made pursuant to his Commercial Guaranty and failed to provide the requested financial documents, and is in breach of his Commercial Guaranty.

16) Krone's Guaranty contains the following provision in the Confession of Judgement clause, in part:

Guarantor hereby irrevocably authorizes and empowers any attorney-at-law to appear in any court of record to confess judgment against Guarantor for the unpaid amount of this Guaranty as evidenced by an affidavit signed by an officer of Lender setting forth the amount then due, attorney's fees plus costs or suit, and to release all errors, and waive all rights of appeal. (Exhibit A, p. 2)

17) Attached hereto as Exhibit E is the Affidavit of Abdul Arif, the President of the "Lender," IAM, setting forth the amount then due and attorneys' fees and costs.

18) Attached hereto as Exhibit F, is the Cognovit of Defendant, Scott J. Krone executed by attorney at law, Timothy J. Somen of the Somen Law Firm, LLC for the unpaid amount of this Guaranty as evidenced by the Affidavit of Abdul Arif, IAM's President.

19) Pursuant to the terms of the Promissory Note and the Krone Guaranty, Scott J. Krone has agreed that he is liable for any expenses, including attorneys' fees and costs, incurred by IAM in enforcing its rights. As a result of Krone's default and breach of his Guaranty, IAM has been required to retain counsel to enforce its rights, which amounts should be added to the amounts due and owing under Krone's Guaranty.

20) As of March 20, 2019, the total amount due from Krone under his Guaranty is:

    a) Principal Due                            $ 5,600,000.00

    b) Default Interest Due from 7/22/18
        to 2/28/19                           $ 360,965.93
        (221 days x 1,633.33 which is the per diem
        Default bump of 10.5%)

4

  c) Default Interest Due from 3/1/19 to
    3/20/19= 20 days x $2,333.33=  $ 46,666.66

  d) Attorneys' Fees  $ 20,614.00

  e) **Balance Due:**  **$ 6,028,246.59**

21) IAM has performed each of the obligations required of it pursuant to the terms of the Promissory Note and Krone's Guaranty, Krone is in default on the Promissory Note and in breach of Krone's Guaranty to the detriment of IAM.

22) Attached as Exhibit G is the Judgment Order that Plaintiff is proposing for this case.

WHEREFORE, the Plaintiff, Illinois Asset Management LLC, respectfully requests that this Honorable Court enter an Order providing for the following:

 (A) Enter an in personam judgment in favor of Plaintiff, Illinois Asset Management LLC, and against the Defendant, Guarantor, Scott J. Krone, in the amount of $6.028.246.59;

 (B) Allow execution to issue on the entered judgment immediately; and

 (C) Award such further and other relief as this Court deems just and equitable.

        Respectfully Submitted,
        Plaintiff, Illinois Asset Management LLC,


        By: /s/ Jeffrey C. Blumenthal
          One of Plaintiff's Counsel

Jeffrey C. Blumenthal, Esq.
Terrie Sullivan, Esq.
**JEFFREY C. BLUMENTHAL CHARTERED**
2970 Maria Avenue, Suite #223
Northbrook, Illinois 60062
Phone: (847) 498-3220
Fax: (847) 498-3221
ARDC # 3124049
jeffrey@jcblawyer.com
terrie@jcblawyer.com