

# International Bank
### of Chicago

January 24, 2018

Platform Bradley, LLC
600 Waukegan Rd.
Suite 129
Northbrook, IL 60062

Mr. Scott Krone           Mr. Subhash Shah
631 Lake Av.              2803 N. Penstemon Ct.
Wilmette, IL 60091        Wichita, KS 67226

Mr. Muthukumar Vellaichamy
729 N. Bedford St.
Wichita, KS 67206

RE:   Loan #45446, Platform Bradley, LLC – Demand Letter

Dear Messrs. Shah, Krone and Vellaichamy:

Based on the payment default provisions in the Promissory Note for the above referenced loan, International Bank of Chicago hereby declares your loan in default. The full payoff amount of $5,664,872.26 is due within 10 days from the date of this letter. If the bank does not receive the full amount due within that timeframe, it will take any and all steps necessary to collect the amount required to satisfy the loan in full, including, but not limited to, collection on personal guarantees and foreclosure and sale of real estate and company assets.

In addition, interest will continue to accrue at the default rate of interest, **15%**, as stated in your Promissory Note.

I can be reached at (847) 920-1400.

Thomas A. Gehrke, Jr.
Chief Lending Officer



Member FDIC    1210 Central Ave.  •  Wilmette, Illinois 60091  •  (847) 920-1400   Fax (847) 920-1500
Web Site: www.inbk.com


