IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ILLINOIS ASSET MANAGEMENT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: _____ |
| v. | ) | |
| | ) | |
| SCOTT J. KRONE, | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ABDUL ARIF

I, Abdul Arif, on my oath, depose and state as follows:

1) I am over twenty-one years of age and am competent to testify to the matters set forth in this Affidavit from personal knowledge.

2) I am the President of Illinois Asset Management, LLC ("IAM") and I am the sole member of IAM and am authorized to make this Affidavit on IAM's behalf.

3) In my capacity as President of IAM, I am familiar with IAM's books and records having personally examined them, and have been a party to communications with officers of International Bank of Chicago ("IBC"), IAM's predecessor in interest, with respect to that Commercial Loan made by IBC on or about June 22, 2016 and amounts due thereon, to an entity known as Platform Bradley, LLC, in the original amount of $5,600,000.00 (the "Bradley Loan"), and which loan is unconditionally guaranteed by the Commercial Guaranty of Scott J. Krone. A copy of the Promissory Note for the Bradley Loan is attached hereto as Exhibit 1 and a copy of Scott J. Krone's Guaranty is attached hereto as Exhibit 2.



PLAINTIFF'S EXHIBIT
5
ALL-STATE LEGAL SUPPLY CO.

4) I have reviewed the allegations contained in the Complaint for Confession of Judgment being filed against Scott J. Krone by Illinois Asset Management, LLC and believe the same to be true and correct.

5) Upon my own personal knowledge, the Complaint for Confession of Judgment is for a debt justly due to IAM and arises out the facts set forth below.

6) On or about February 28, 2019, IAM, purchased IBC's $5,600,000.00 Bradley Loan/the Promissory Note and all related Collateral, including, but not limited to, defendant Scott J. Krone's ("Krone") Commercial Guaranty.

7) As a consequence of IAM's purchase of the Promissory Note and all related Collateral, for all collection purposes, IAM is deemed the Lender under the Promissory Note.

8) The Bradley Loan has been continuously over thirty (30) days past due since July 22, 2018.

9) Demand was made on Krone to pay: (a) the 15% default interest (less the 4.5% interest payments made by others) due on the Promissory Note from July 22, 2018 to February 28, 2019, the date on which IAM purchased the Bradley Loan/the Promissory Note and all related Collateral; (b) the per diem default interest due on the Promissory Note from March 1, 2019 to the date Krone makes payment of the interest amount due; (c) IAM's attorneys' fees incurred in connection with collection efforts on the Promissory Note as provided for by Krone's Guaranty; and (d) Krone has been requested to provide certain financial documents as provided for in his Guaranty.

10) Through its Confession of Judgment Complaint, IAM is claiming the entire unpaid amount due under the terms of Scott J. Krone's Commercial Guaranty, which as of March 20, 2019, is as follows:

:

| | | |
|---|---|---|
| a) | Principal Due | $ 5,600,000.00 |
| b) | Default Interest Due from 7/22/18 to 2/28/19 (221 days x $1,633.33 which is the per diem Default bump of 10.5% and does not include the 4.5% payments made by others) | $ 360,965.93 |
| c) | Default Interest Due from 3/1/19 to 3/20/19 (20 days x $2,333.33) | $ 46,666.66 |
| d) | Attorneys' Fees | $ 20,614.00 |
| e) | **Balance Due:** | **$ 6,028,246.59** |

FURTHER AFFIANT SAYETH NOT.

_____
Abdul Arif, President of Illinois Asset Management, LLC

Signed and Sworn to
this _19_ day of March 2019

_____
Notary Public

Ana G. Rodriguez
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 7/10/2019