IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSET MANAGEMENT, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: _____<br>) |
| SCOTT J. KRONE, | )<br>) |
| Defendant. | ) |

### COGNOVIT OF DEFENDANT SCOTT J. KRONE

Defendant, SCOTT J. KRONE ("Defendant"), by and through his attorney, Timothy J. Somen, Esq., pursuant to the expressed terms and provisions of the Commercial Guaranty executed by Defendant in favor of International Bank of Chicago dated June 22, 2016 (the "Guaranty") of record before this Court in which Defendant stipulated, in pertinent part, as follows:

> "**CONFESSION OF JUDGMENT.** Guarantor hereby irrevocably authorizes and empowers any attorney-at-law to appear in any court of record and to confess judgment against Guarantor for the unpaid amount of this Guaranty...Guarantor hereby waives and releases any and all claims or causes of action which the Guarantor might have against any attorney acting under the terms of authority which Guarantor has granted herein arising out of or connected with the confession of judgment hereunder."

(See, Plaintiff's Complaint for Confession of Judgment, Exhibit A, Guaranty, ¶12 "CONFESSION OF JUDGMENT") hereby waives service of process and confesses that there is due from Defendant to Plaintiff, ILLINOIS ASSET MANAGEMENT, LLC ("Plaintiff"), the following amounts:

As of March 20, 2019:

| | | |
|---|---|---|
| Principal balance due: | $ | 5,600,000.00 |
| Default interest from 7/22/18 to 2/28/18 (221 days x 1,633.33 the per diem Default bump of 10.5%) | $ | 360,965.93 |



PLAINTIFF'S EXHIBIT
F
ALL-STATE LEGAL SUPPLY CO.

| | | |
|---|---|---|
| Default Interest Due from 3/1/19 to 3/20/19 (20 days x $2,333.33) | $ | 46,666.66 |
| Attorneys fees: | $ | 20,614.00 |
| **TOTAL:** | $ | **6,028,246.59** |

Defendant agrees that: (i) judgment may be entered against him for the total amount set forth above, plus costs, (ii) no appeal will be prosecuted from this judgment and (iii) no proceedings will be taken in equity to interfere in any manner with the operation of the judgment sought to be entered in the above-captioned cause by this Cognovit submitted pursuant to the terms of the Guaranty.

Defendant releases all errors and waives all rights of appeal as authorized in the warrant of attorney set forth in the above-referenced Confession of Judgment provision set forth in the Guaranty.

Respectfully Submitted,

/s/ Timothy J. Somen, Esq.
Attorney for Defendant, Scott J. Krone

PREPARED AND EXECUTED BY:

Timothy J. Somen (ARDC#6279438)
Somen Law Firm, LLC
1620 W. Colonial Parkway
Inverness, Illinois 60067
P: (847) 393-4999
F: (847) 393-4998
E: tim@somenlawfirm.com