IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSET MANAGEMENT, LLC LLC, | ) ) ) |
| *Plaintiff,* | ) ) Case No.: |
| v. | ) ) |
| SCOTT J. KRONE, | ) ) |
| *Defendant.* | ) |

<u>(proposed) JUDGMENT ORDER</u>

**THIS CAUSE** coming before the Court on Plaintiff, Illinois Asset Management, LLC's Complaint for Confession of Judgment against Defendant, Scott J. Krone, and the Court having reviewed and considered the aforesaid Complaint for Confession of Judgment and all exhibits thereto, including the Affidavit of Abdul Arif ("Arif"), President of the Plaintiff, wherein Arif attests, under oath, that he believes that the allegations of the aforesaid Complaint for Confession of Judgment are true and correct (Exhibit F, page 2, ¶4) and the Cognovit of Defendant Scott J. Krone, a copy of which is attached as Exhibit F to the aforesaid Complaint,

**IT IS HEREBY ORDERED** that:

1) An in *personam* judgment is entered in favor of the Plaintiff, Illinois Asset Management, LLC and against the Defendant, Scott J. Krone, in the amount of $ 6,028.246.59.

2) Execution may issue on this Judgment immediately.

**ENTER:**

**Date**: _____     _____
                                          Judge

Order prepared by:
Jeffrey C. Blumenthal, ARDC # 3124049
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite No. 223
Phone (847) 498-3220 /Fax (847) 498-3221
Email: Jeffrey@jcblawyer.com

