UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Illinois Asset Management, LLC  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> Scott J. Krone,  ) <br> ) <br> Defendant.  ) | Civil Case No. 19-cv-01912 <br><br> Judge John Z. Lee <br> Magistrate Judge Jeffrey Gilbert |

## MOTION FOR THE ENTRY OF A JUDGMENT ORDER

Plaintiff Illinois Asset Management, LLC ("IAM"), by its attorneys, Jeffrey C. Blumenthal Chartered, for its Motion for the Entry of a Judgment Order against Defendant, Scott J. Krone ("Krone"), alleges as follows:

1) This motion seeks the entry of a Judgment Order on a Confession of Judgement Complaint, which was filed on March 20, 2019 (the "Complaint"). The allegations that follow are set forth in the Complaint and form the basis for the request for the entry of the Judgment Order.

2) Attached as Exhibit 1 to this Motion is a copy of IAM's Complaint for Confession of Judgment against Krone.

3) As alleged in the Complaint, pursuant to the terms of the Non-Recourse Loan Sale Agreement, a copy of which is attached as Exhibit D to the Complaint, IAM purchased from International Bank of Chicago ("IBC") a certain commercial loan in the original principal amount of $5,600,000.00, known as the "Bradley Loan."

4) As alleged in the Complaint, the Bradley Loan is evidenced by the Promissory Note in the original principal amount of $5,600,000.00, executed by Scott J Krone and Noel P

1

Cain on June 22, 2016 (the "Promissory Note"), a copy of which is attached to the Complaint as Exhibit B.

5) As alleged in the Complaint, in conjunction with the execution of the Promissory Note, and as security for repayment thereof, Krone executed a Commercial Guaranty (the "Krone Guaranty") whereby he personally, absolutely and unconditinally guaranteed full payment of the Bradley Loan. A copy of the Commercial Guaranty is attached to the Complaint as Exhibit A

6) As alleged in the Complaint, IAM has performed each of the obligations required of it pursuant to the terms of the Promissory Note (attached as Exhibit B to the Complaint) and Krone's Guaranty (attached as Exhibit A to the Complaint) and Krone is in default on the Promissory Note and in breach of Krone's Guaranty to the detriment of IAM.

7) As alleged in the Complaint, pursuant to the Affidavit of IAM's President and sole member, Abdul Arif ("Arif"), a copy of which is attached to the Complaint as Exhibit E, the unpaid amount due under the terms of Scott J. Krone's Guaranty, as of March 20, 2019, which is the date the Complaint was filed, is $6,028,246.59.

8) In Arif's Affidavit, Arif also attests that he has reviewed the allegations contained in the Complaint and believes the same to be true and accurate.

9) As alleged in the Complaint, the Cognovit of Defendant Scott J. Krone (the "Cognovit"), by and through his attorney, Timothy J. Somen, Esq., is attached to the Complaint as Exhibit F[1]

---

[1] The Cognovit and Timothy J. Somen Esquire's Appearance on behalf of Scott J. Krone, were also independently filed by attorney Somen and are docketed as docket entries nos. 4 and 5 on the Docket Sheet for this case.

10) In the Cognovit, *inter alia*, Krone, by and through his attorney, Timothy J. Somen "confesses that there is due from the Defendant [ Krone] to Plaintiff, ILLINOIS ASSET MANAGEMENT, LLC … [the sum of] … $6,028, 246.59.

11) Set forth as Exhibit G to the Complaint is the proposed Judgment Order that Plaintiff, IAM is seeking to have entered. The proposed Judgment Order is also being placed on the Judge's proposed Order web link.

WHEREFORE, Plaintiff, Illinois Asset Management, LLC, respectfully requests that this Court:

(A) Enter a Judgment Order in favor of Plaintiff, Illinois Asset Management, LLC and against Defendant, Scott J. Krone for the sum of $6,028,246.59; and on which Execution may issue forthwith; and

(B) Award such other and further relief that the Court deems just and appropriate under the circumstances.

Dated: March 21, 2019                     Respectfully Submitted,
                                          Plaintiff, Illinois Asset
                                          Management, LLC


                                          By:  __/s/Jeffrey C. Blumenthal
                                                   Its Attorney

Jeffrey C. Blumenthal, Esq.
ARDC #3124049
Terrie Sullivan, Esq.
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite 223
Northbrook, Illinois 60062
Telephone: (847) 498-3220
Facsimile: (847) 498-3221
E-mail:jeffrey@jcblawyer.com

3