**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS ASSET MANAGEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-1912 |
| | ) | |
| SCOTT J. KRONE, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF SCOTT J. KRONE**

I, SCOTT J. KRONE, do hereby declare under penalty of perjury pursuant to 28 USC 1746, that I am competent to testify and if called as a witness in this matter, could and would testify as follows based on my own personal knowledge:

1.      I have read the attached Third Amended Verified Complaint in *Krone v. Freedom Builders, et al.* filed in the Circuit Court of Cook County, Illinois, Chancery Division, Case No. 18 CH 6886 and depose and state under oath that the factual allegations made therein are true and correct to the best of my personal knowledge.

2.      I have read the Motion to Open the Judgment by Confession and Stay Enforcement and depose and state under oath that the factual allegations made therein are true and correct to the best of my personal knowledge.

_____  4/12/19
Scott J. Krone                          Date