# EXHIBIT C
# (Case No. 1:19-cv-1912)

Order (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Krone
v.
Fredom Building

No. 18 CH 6885
c/w 18 CH 2032

### ORDER

This matter before the Court on Plaintiffs' Motions, counsel for all parties present except Abdul Arf, and the Court being fully advised, it is hereby ordered:

① Plaintiff's Motion to NON-suit certain defendants is granted. See separate order

② Plaintiff's Motion for Leave to file 3rd Amended Complaint is granted. Plaintiff shall file 3rd Amended Complaint, including additional allegations as discussed in open court, on or before April 1, 2019,

③ All responsive pleadings to the 3rd Amended Complaint shall be filed on or before May 13, 2019

~~④ [crossed out] Response to Krone's AN1. + Class No. 18CH2032~~

~~⑤ [crossed out]~~

④ The briefing schedule set in the Court's Jan. 29, 2019 Order is stricken, as is the ~~status~~ May 15, 2019 clerk status

⑤ This matter continued for status to May 14, 2019, at 10:00 am

Attorney No.: 48719
Name: Rock Fusco Connolly
Atty. for: π Krone
Address: 321 N. Clark St Ste 2700
City/State/Zip: Chicago, IL 60654
Telephone: (312) 494-1000

ENTERED:

**JUDGE DAVID B. ATKINS**

**MAR 26 2019**

**Circuit Court-1879**

Dated: _____

_____ _____
Judge           Judge's No.