# EXHIBIT D
# (Case No. 1:19-cv-1912)

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
     ILLINOIS ASSET MANAGEMENT, LLC, ) Docket No. 19 C 1912
 4                                   )
                         Plaintiff,  )
 5                                   )
              vs.                    )
 6                                   )
     SCOTT J. KRONE,                 ) Chicago, Illinois
 7                                   ) April 2, 2019
                         Defendant.  ) 9:45 o'clock a.m.
 8

 9              TRANSCRIPT OF PROCEEDINGS - MOTION
                 BEFORE THE HONORABLE JOHN Z. LEE
10

11   APPEARANCES:

12
     For the Plaintiff:         LAW OFFICE OF JEFFREY C. BLUMENTHAL
13                              BY:  MR. JEFFREY C. BLUMENTHAL
                                2970 Maria Avenue, Suite 223
14                              Northbrook, Illinois   60062

15
     For the Defendant:         SOMEN LAW FIRM, LLC
16                              BY:  MR. TIMOTHY J. SOMEN
                                1620 West Colonial Parkway
17                              Inverness, Illinois   60067

18
     Court Reporter:            MR. JOSEPH RICKHOFF
19                              Official Court Reporter
                                219 S. Dearborn St., Suite 1232
20                              Chicago, Illinois   60604
                                (312) 435-5562
21

22           *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

23                     PROCEEDINGS RECORDED BY
                        MECHANICAL STENOGRAPHY
24                  TRANSCRIPT PRODUCED BY COMPUTER

25
```

1        THE CLERK:  19 CV 1912, Illinois Asset Management vs.
2   Krone.
3        MR. BLUMENTHAL:  Good morning, your Honor, Jeff
4   Blumenthal on behalf of Illinois Asset Management, LLC.
5        MR. SOMEN:  Good morning, your Honor, Tim Somen,
6   S-o-m-e-n, on behalf of defendant.
7        THE COURT:  Good morning.
8        So, this is plaintiff's motion for entry of a
9   judgment order.
10       What is defendant's position with regard to the
11  motion?
12       MR. SOMEN:  No objection, your Honor.
13       This is a confession of judgment complaint.  We filed
14  the cognovit with the Court and an appearance, pursuant to the
15  express terms and provisions of that warrant of attorney.
16       I have no objection whatsoever.  That's the reason we
17  filed the appearance and the cognovit before the Court.
18       THE COURT:  All right.  Very good.
19       So, plaintiff's motion for entry of a judgment order
20  is granted.
21       Did you submit a copy of the proposed order --
22  judgment order -- to my inbox?
23       MR. BLUMENTHAL:  I did.
24       THE COURT:  Okay.  Great.
25       We'll take a look at it, and I'll go ahead and enter

```
 1  that today.
 2              MR. BLUMENTHAL:  Thank you so much, your Honor.
 3              MR. SOMEN:  Thank you, your Honor.
 4                      *     *     *     *     *
 5
 6  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
 7
 8
    /s/ Joseph Rickhoff                           April 10, 2019
 9  Official Court Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```