# EXHIBIT G
# (Case No. 1:19-cv-1912)

# Patrick R. Moran

| | |
|---|---|
| **From:** | Scott Krone <skrone@codadb.com> |
| **Sent:** | Thursday, March 21, 2019 1:40 PM |
| **To:** | Patrick R. Moran |
| **Subject:** | Fwd: Bradley matters - Update and Capital call |

Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.920.9700 ex 1
skrone@codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession

---------- Forwarded message ---------
From: **Noel Cain** <npcain@me.com>
Date: Thu, Mar 21, 2019, 1:27 PM
Subject: Fwd: Bradley matters - Update and Capital call
To: Scott Krone <skrone@codadb.com>

Get a load of this.

Noel Cain
npcain@me.com
847-778-4661

Begin forwarded message:

> **From:** Noel Cain <npcain@me.com>
> **Date:** March 21, 2019 at 2:23:19 PM EDT
> **To:** Kumar Vellaichamy <vellaichamy.muthukumar@gmail.com>
> **Cc:** Brian Bishop <bishop5300@gmail.com>, NANDKISHORE RAGHURAM <nandu@flash.net>, Nandkishore Raghuram <nandu1963@gmail.com>, John Shelton <n44hr@pacbell.net>, Oli Yu

1

<oliyu@yahoo.com>, James Licata <james.licata@mainsailinvestments.com>, Rani Kesavulu <ranikesavulu@sbcglobal.net>, Tiru Venkat <tirumvenkat@gmail.com>, Deepa Prabahar <deepaprabahar@gmail.com>, Rama Rao Voddi <rvoddi@yahoo.com>
**Subject: Re: Bradley matters - Update and Capital call**

I am on neither side of this dispute between the Drs and Krone but there are some large inaccuracies in this email. We have a very good accounting of monies from all management companies from the majority of 2018 and I can assure you Dr Kumar has all the reports from management including bank account information - much of this in the later part of 2018 was documented with both attorneys of each side agreeing where money should be spent or sent.

Also I want to clarify that all money is being held indefinitely by the management company and NO manager has any authority to withdraw funds under any terms.

The K1s have been delayed as we were waiting for cubesmart to send final accounting and financials since they departed which took a lot longer and many calls to get the reports.

Finally the reason that cubesmart left the property was because Mr Arif threatened the CFO of Cubesmart with legal action this caused a series of event that cost is over $30,000 in manager change fees and put us in a difficult position we could not back down from this we moved to ASM management.

Noel Cain
npcain@me.com
847-778-4661

On Mar 21, 2019, at 1:41 PM, Kumar Vellaichamy <vellaichamy.muthukumar@gmail.com> wrote:

> Gentlemen,
>
> I write to update you on the status of the property and pending litigation against me and Dr Shah by Scott Krone as to Bradley Property.
>
> 1) Despite numerous inquiries, Krone as the tax matters partner has refused to send any K1 or give property report for 2018
>
> 2) Krone changed the bank accounts sometime last year 2018 and effectively stopped paying excess revenues from Cubesmart to pay the bank note.
> 3) On or about July of 2018, bank note defaulted, but foreclosure was held back because I and Dr Shah have paid the monthly payment out of our pockets to stave off the foreclosure.
> 4) Krone filed a lawsuit against me, Dr Shah and Mr Arif (our attorney) alleging conspiracy and all kinds of stupid things.
> 5) In December of 2018, Cubesmart left and Noel Cain negotiated with ASM (storage management co) to come in and manage the property.
> 6) The property is in dire need of capital improvements and is starting to suffer some problems that need to be taken care of immediately to the tune of $150K. Brand New HVAC system, Roof etc. We have broken pipes, no heat and assorted issues there, despite that, our rent roll is steady at $44k a month, unfortunately, only until now, all of the

excess revenue was like being siphoned off by Krone. (I dont have proof, but he never gave any accounting)
5) In February, Mr Arif's company Illinois Asset Management LLC bought out the bank note for 5.6M and now is our banker.
He is pursuing personal guarantees against Mr Krone and the company at the defaulted rate of 15% on the 5.6M note.

now, since the lawsuit started, there is no management at all of the property from the owners side. I am stepping in to do what needs to be done. Namely, work with Mr Arif to stave off the foreclosure, repair the property, increase the tenants, make arrangements to sell the property as soon as feasible. He is patiently waiting till we come to terms about repairing the property and selling it to pay off everyone and their investment. Obviously, his patience is not finite and will run out eventually and he will foreclose and force sell the property at some point.
As I explained above, to preserve my relationships and protect your investment, I have put in over $200K thus far to stave off the foreclosure and imminent emergency sale where all of us would lose 100% of our money.
I need you immediate help to do:
Hire a company to install a brand new system of heat and air. This will make the property maintain its price in the market of 7.5M or more. Noel has worked with a company and has a bid for 150K.
We also need a new roof at some point. I am told this will be somewhere in excess of 60K.
So we need about 150K in less than 30 days or so and another 60K in 60 days or so.
Please understand, your contribution will be treated as a loan to the company. we will pay the vendor directly and avoid touching any company bank account controlled by Krone.
Conversely, if you dont want to contribute any money or cannot, this will effectively work to shrink your investment and in the end, (within a next 12-24 months) result in substantial reduction of your investment.
I understand the difficulty you are faced with, please understand, I and Dr Shah have borne the brunt of Krone's misdeeds all by ourselves. and only now seek your help.


With regards,
Dr. Kumar

--
Dr. Muthukumar Vellaichamy ( Kumar)
Stormont Vail/ Cotton O Neil
Pediatric Intensivist
Topeka, KS
"The only thing that stands between a man and what he wants from life is often merely the will to try it and the faith to believe that it is possible" - Rich DeVos