# EXHIBIT H
# (Case No. 1:19-cv-1912)

Subpoena in a Civil Matter (For Testimony and/or Documents)     (This form replaces CCG N006 & CCG N014)    (Rev. 6/25/09) CCG N106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Scott Krone, et al.,
                           **Plaintiff/Petitioner**
               v.

Freedom Buildings, et al.
                           **Defendant/Respondent**

No. 2018 CH 6885, consolidated w/ Case No. 2018 CH 2032

### SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To: International Bank of Chicago - Attention: Thomas A. Gehrke, Jr,
1210 Central Avenue
Wilmette, IL 60091

[ ] 1. YOU ARE COMMANDED to appear to give your testimony before the Honorable _____
in Room _____, _____, Illinois on _____,
at _____ m.

[ ] 2. YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public at: _____
in Room _____, _____, Illinois on _____,
at _____ m.

[X] 3. YOU ARE COMMANDED to mail the following documents in your possession or control to Rock Fusco & Connelly, LLC at 321 N. Clark Street, Suite 2200, Chicago, IL 60654, on or before April 1, 2019, at 5:00 p.m.
(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):

[X] Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

**Notice to Deponent:**

[ ] 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

[ ] Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

[ ] 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
                                                                           (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No. 48719      Pro Se 99500
Name: Patrick R. Moran, c/o Rock Fusco & Connelly, LLC     Issued by: _____ (Signature)
Atty. for: Plaintiff - Scott Krone     [X] Attorney
Address: 321 N. Clark Street, Suite 2200     [ ] Clerk of Court
City/State/Zip: Chicago, IL 60654
Telephone: (312)494-1000     Date: March 18, 2019

[X] I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to International Bank of Chicago by certified mail, return receipt requested (Receipt # 7018-2290-0000-6415-6852) on March 18, 2019.
I paid the witness $ 20.00 for witness and mileage fees.

[ ] I served this subpoena by handing a copy to _____ on _____.
I paid the witness $ _____ for witness and mileage fees.

_Linda M. White_
(Signature of Server)                                               Linda M. White (Print Name)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**DOCUMENT RIDER**

I.  **Definitions**

  a.  The term "IBC" shall mean International Bank of Chicago and any individual who performed any work for or on behalf of IBC in connection with the Mortgage as defined, below, including but not limited to Thomas Gehrke, Jr., past and present agents, employees, principals, representatives, or independent contractors, as well as any past or present corporation, partnership, organization, or other entity associated with IBC.

  b.  "Mortgage" shall mean the mortgage, promissory note, personal guarantees and all other documents related to the mortgage taken out by Platform Bradley LLC in favor of IBC, Loan #45446, in the amount of $5.6 million.

  c.  "IAM" shall mean Illinois Asset Management, LLC, and any individual who performed any work for or on behalf of IAM in connection with the sale and assignment of the Mortgage, as above, to IAM, including but not limited to Abdul Arif, past and present agents, employees, principals, representatives, or independent contractors, as well as any past or present corporation, partnership, organization, or other entity associated with IAM.

  d.  The term "Document" or "Documents" shall have the broadest meaning possible under Rules 201 and 214 of the Illinois Supreme Court Rules, and shall mean every original and every copy of any original which differs in any way from any original, of every writing or recording of any kind or description, whether handwritten, typed, drawn, sketched, printed, recorded, or fixed in any other medium by any physical, mechanical, electronic or electrical means, including, without limitation: books, records, papers, invoices, accounts, statements, checks, drafts, written memorials of oral communications, photographs, video images, computer printouts, diagrams, prints, schematics, reports, communications, correspondence, memoranda, hard copies of e-mail, notes of conversations and minutes of meetings, telexes, telegrams, diaries, appointment calendars or appointment books, agreements, and contracts. Different versions of the same document with and without handwritten notation found in the original shall be considered different documents.

  e.  If any Documents responsive to this request are known by you to exist but are not in your possession, custody, or control, identify said Document(s) and the Person who has possession, custody, or control thereof.

  f.  "Relate", "relating to" or "regarding" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

  g.  "Communications" shall refer to any form of communication, including, for example, letters, memos, e-mails, notes, or the like.

1

h. "Person" shall refer to any individual, corporation, partnership, organization, or any other entity.

i. "And" and "or" mean "and/or" so that the terms are given their broadest possible meaning. In construing a request, the singular shall include the plural and the plural shall include singular, and use of a masculine, feminine or neuter pronoun shall not exclude any of the others. The past tense includes the present and the present tense included the past, where the clear meaning is not destroyed by the change.

j. "Arif" shall mean Abdul Q. Arif and any individual who performed any work for or on behalf of Kumar in connection with the Mortgage or the sale of the Mortgage, including but not limited to past and present agents, employees, principals, representatives, or independent contractors and attorneys, as well as any past or present corporation, partnership, organization, or other entity associated with Kumar

k. "Kumar" shall mean Muthukumar Vellachaimy and any individual who performed any work for or on behalf of Kumar in connection with the Mortgage or the sale of the Mortgage, including but not limited to past and present agents, employees, principals, representatives, or independent contractors and attorneys, as well as any past or present corporation, partnership, organization, or other entity associated with Kumar.

l. "Shah" shall mean Subhash H. Shah and any individual who performed any work for or on behalf of Shah in connection with the Mortgage or the sale of the Mortgage, including but not limited to past and present agents, employees, principals, representatives, or independent contractors and attorneys, as well as any past or present corporation, partnership, organization, or other entity associated with Shah.

m. Any request for a Document is also a request to produce all iterations of that Document, including all earlier and all later versions of that Document.

n. If any Document is withheld under claim of privilege, please provide a privilege log identifying the Document, including its author and any recipients, and the basis for your privilege claims.

**II. Document Requests**

1. A copy of the Mortgage and all related documents.

2. All Documents related to the sale of the Mortgage from IBC to IAM.

3. All Documents reflecting any investigation or due diligence by IBC before entering into the Mortgage with Platform Bradley LLC.

4. All Documents that identify the names of any person who is or was at any time a member or manager of Platform Bradley LLC.

5. All Documents reflecting any communication between or involving Thomas Gehrke Jr. and Arif, including but not limited to emails, letters, memos, notes, and any other Documents that may show the date a communication took place and/or the substance of a communication, from January 1, 2016 to the present date.

6. All Documents reflecting any communication between or involving IAM and IBC, including but not limited to emails, letters, memos, notes, and any other Document that may show the date a communication took place and/or the substance of a communication, from January 1, 2016 to the present date.

7. All Documents reflecting any communication between or involving Kumar and IBC, including but not limited to emails, letters, memos, notes, and any other Document that may show the date a communication took place and/or the substance of a communication, from January 1, 2016 to the present date.

8. All Documents reflecting any communication between or involving Shah and IBC, including but not limited to emails, letters, memos, notes, and any other Documents that may show the date a communication took place and/or the substance of a communication, from January 1, 2016 to the present date.

9. All Documents reflecting any communication between IBC and any other person or entity other than IAM in any way regarding or related to IAM's purchase of the Mortgage, including but not limited to emails, letters, memos, notes, and any other Documents that may show the date a communication took place and/or the substance of a communication, from January 1, 2016 to the present date.

10. All Documents reflecting the amount IAM actually paid for the purchase of the Mortgage and the manner in which the money was paid, including but not limited to wire transfer confirmations, receipts, statements, proof of payment, etc.

11. All Documents that identify or reflect any funding source(s) for IAM's purchase of the Mortgage, including but not limited the name and location of any financial institution, private lending source, private equity source, as well as account statements, letters of intent, wire transfer receipts, correspondence, copies of checks, proof of payment, etc.

12. All Documents that identify or reflect the account number from the financial institution from which IBC received the funds for IAM's purchase of the Mortgage.

13. All Documents reflecting any negotiations IBC had with any person or entity or attorney or law firm regarding IAM's purchase of the Mortgage.

14. All Documents reflecting any communication between IAM and IBC regarding the enforceability of any personal or commercial guarantees of, or related to, the Mortgage, including but not limited to emails, letters, memos, notes, and any other Documents that may show the date a communication took place and/or the substance of a communication, from January 1, 2016 to the present date.

15. All Documents reflecting any investigation by IBC into whether Arif or IAM are or were affiliated with Platform Bradley LLC, Kumar or Shah.

16. All Documents reflecting any communications between IBC and Arif or IAM regarding whether Arif or IAM are or were affiliated with Platform Bradley LLC, Kumar or Shah.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To: Thomas Gehrke — ~~Ctgo~~ Int Bank
Street and Apt. No., or PO Box No.: 1210 Central Ave. ~~Chgo~~
City, State, ZIP+4®: Wilmette, IL 60091

7018 2290 0000 6415 6852

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**Linda White**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Saturday, March 23, 2019 10:14 AM |
| **To:** | Linda White |
| **Subject:** | USPS® Item Delivered, Left with Individual 70182290000064156852 |



Hello **Linda White**,

Your item was delivered to an individual at the address at 10:10 am on March 23, 2019 in WILMETTE, IL 60091.

Tracking Number: **70182290000064156852**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

**INFORMED DELIVERY®**
Sign up to view your mail online or via email.

