# EXHIBIT I
# (Case No. 1:19-cv-1912)

Order (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Scott Krone
v.
Freedom Buildings, LLC

No. 2018 CH 6885
consolidated with
2018 CH 2032

**ORDER**

This cause coming to be heard on the Motion to Quash Plaintiff's Subpoena served on International Bank of Chicago, due notice having been given and the Court being advised in the premises;

(1) It is hereby ordered that the Plaintiff withdraws the Subpoena served on International Bank of Chicago without prejudice.

(2) CMC set for May 13, 2019 is st. then
(3) All matters noticed for May 13, 2019 are reset to Case Management Conference on May 14, 2019 at 10:00 am

Attorney No.: 62740
Name: Jeff Blumenthal
Atty. for: Avi T
Address: 2970 Maria, #223
City/State/Zip: Northbrook, IL 60062
Telephone: 847-498-3220

**JUDGE DAVID B. ATKINS**
ENTERED: **APR 09 2019**
Circuit Court-1879

Dated: _____

Judge                Judge's No.