1    IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
2            EASTERN DIVISION

3

ILLINOIS ASSET MANAGEMENT, LLC, ) Docket No. 19 C 1912
4                                )
                      Plaintiff,)
5                                )
         vs.                     )
6                                )
SCOTT J. KRONE,                  ) Chicago, Illinois
7                                ) April 2, 2019
                      Defendant.) 9:45 o'clock a.m.
8

9         TRANSCRIPT OF PROCEEDINGS - MOTION
          BEFORE THE HONORABLE JOHN Z. LEE
10

11   APPEARANCES:

12
     For the Plaintiff:        LAW OFFICE OF JEFFREY C. BLUMENTHAL
13                             BY:  MR. JEFFREY C. BLUMENTHAL
                               2970 Maria Avenue, Suite 223
14                             Northbrook, Illinois  60062

15
     For the Defendant:        SOMEN LAW FIRM, LLC
16                             BY:  MR. TIMOTHY J. SOMEN
                               1620 West Colonial Parkway
17                             Inverness, Illinois  60067

18
     Court Reporter:           MR. JOSEPH RICKHOFF
19                             Official Court Reporter
                               219 S. Dearborn St., Suite 1232
20                             Chicago, Illinois  60604
                               (312) 435-5562
21

22        * * * * * * * * * * * * * * * * *

23           PROCEEDINGS RECORDED BY
             MECHANICAL STENOGRAPHY
24        TRANSCRIPT PRODUCED BY COMPUTER

25

1     THE CLERK: 19 CV 1912, Illinois Asset Management vs.
2  Krone.
3     MR. BLUMENTHAL: Good morning, your Honor, Jeff
4  Blumenthal on behalf of Illinois Asset Management, LLC.
5     MR. SOMEN: Good morning, your Honor, Tim Somen,
6  S-o-m-e-n, on behalf of defendant.
7     THE COURT: Good morning.
8     So, this is plaintiff's motion for entry of a
9  judgment order.
10     What is defendant's position with regard to the
11  motion?
12     MR. SOMEN: No objection, your Honor.
13     This is a confession of judgment complaint. We filed
14  the cognovit with the Court and an appearance, pursuant to the
15  express terms and provisions of that warrant of attorney.
16     I have no objection whatsoever. That's the reason we
17  filed the appearance and the cognovit before the Court.
18     THE COURT: All right. Very good.
19     So, plaintiff's motion for entry of a judgment order
20  is granted.
21     Did you submit a copy of the proposed order --
22  judgment order -- to my inbox?
23     MR. BLUMENTHAL: I did.
24     THE COURT: Okay. Great.
25     We'll take a look at it, and I'll go ahead and enter

1  that today.

2  MR. BLUMENTHAL: Thank you so much, your Honor.

3  MR. SOMEN: Thank you, your Honor.

4  * * * * *

6  I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

8  /s/ Joseph Rickhoff                April 10, 2019

9  Official Court Reporter