# Exhibit B

# Patrick R. Moran

| | |
|---|---|
| **From:** | Patrick R. Moran |
| **Sent:** | Monday, March 18, 2019 5:18 PM |
| **To:** | Jeffrey Blumenthal |
| **Subject:** | Krone v. Freedome, et al/JEP v. Platform I 600, et al. |

Jeff:
I am writing to follow up on our call on Friday.  Also, as mentioned I'd be doing on Friday, I filed the motion for leave to amend.  I am requesting that any action taken on the personal guarantee take place in front of Judge Atkins in the pending consolidated cases.  I would be moving to transfer any attempt to get a confessed judgment in another court, but see no reason to add to the expense of this case unnecessarily.  It is unlikely a judge elsewhere would deny a motion to transfer given that the new pleading will directly involve the personal guarantee.  Further, as I am sure you are aware, the guarantee can only be enforced in the county in which it was signed, which in this case is Cook.  If you try to file a complaint in the pending case before Judge Atkins, I will not oppose the filing of it, which will allow you to get the issue in front of Judge Atkins.  However, I will of course be moving to open the confession and challenge it substantively.  Please let me know whether you will agree to this.

Also, please let me know if your clients have a response to the settlement proposal.

Thanks.

Patrick R. Moran
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000 (p) l 312.970.3471 (d) I 312.494.1001 (f)
pmoran@rfclaw.com I http://www.rfclaw.com

NOTICE: This e-mail is from Rock Fusco & Connelly, LLC and is intended solely for the use of the individual(s) to whom it is addressed.  The contents of this e-mail are privileged and confidential.  If you believe that you have received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else.  Your accidental receipt of this e-mail is not intended to waive any applicable privilege(s).  If you are not an existing client of Rock Fusco & Connelly, LLC, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Rock Fusco & Connelly, LLC in reply that you expect it to hold in confidence.  If you properly received this e-mail as a client, co-counsel or retained expert of Rock Fusco & Connelly, LLC, you should maintain its contents in confidence in order to preserve the attorney-client or attorney work-product privilege that may be available to protect its confidentiality.