**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS ASSET MANAGEMENT, LLC,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 19-cv-1912 |
| v. | ) | |
| | ) | |
| **SCOTT J KRONE**, | ) | |
| *Defendant*. | ) | |
| | ) | |

**TABLE OF CONTENTS OF EXHIBITS**
**TO PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION TO OPEN THE JUDGMENT BY CONFESSION AND STAY ENFORCEMENT**

| Document Description | Exhibit Number |
|---|---|
| Scott Krone's Commercial Guaranty | A |
| | |
| Promissory Note of Platform Bradley, LLC to International Bank of Chicago | B |
| | |
| April 25, 2019 Hearing Transcript of Proceedings | C |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |