UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Illinois Asset Management, LLC | ) Civil Case No. 19-cv-01912 |
| Plaintiff, | ) Judge John Z. Lee |
| | ) Magistrate Judge Jeffrey Gilbert |
| v. | ) |
| Scott J. Krone, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Plaintiff's Response to Defendant's Motion to Open The Judgment by Confession and Stay Enforcement, Exhibits A through C to said Response and Plaintiff's Table of Contents of Exhibits to Plaintiff's Response to Defendant's Motion to Open The Judgment by Confession and Stay Enforcement were served on the below counsel for Defendant via the Court's ECF system on May 8, 2019 on:

Timothy J. Somen, Esq.
Somen Law Firm, LLC
1620 W. Colonial Parkway
Inverness, Illinois 60067

John J. Rock, Esq.
Patrick R. Moran, Esq.
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654

The foregoing Response, Exhibits and Appendix were also served on Timothy J. Somen, Esq., Somen Law Firm, LLC and John J. Rock and Patrick Moran, Rock Fusco & Connelly, LLC by e-mail by sending the same to the following respective e-mail addresses:
tim@somenlawfirm.com, jrock@rfc.law.com and pmoran@rfclaw.com

By: */s/Jeffrey C. Blumenthal*
    Attorney for Plaintiff, Illinois Asset Management, LLC