

Jeffrey Blumenthal <jeffrey@jcblawyer.com>

## Krone v. Freedom Buildings, et al.; Case No 18 CH 6885 consol w 18 CH 2032

**Linda White** <LWhite@rfclaw.com>　　　　　　　　　　　　　　　Mon, Mar 11, 2019 at 12:33 PM
To: "Katherine A. Grosh" <kgrosh@lgattorneys.com>, "norkett@litchfieldcavo.com" <norkett@litchfieldcavo.com>, "sjlink502@aol.com" <sjlink502@aol.com>, "ccapilla@charlesfranklinlaw.com" <ccapilla@charlesfranklinlaw.com>, "ahaling@charlesfranklinlaw.com" <ahaling@charlesfranklinlaw.com>, Glenn Kanter <GKanter@bupdlaw.com>, "jgalkin@lgattorneys.com" <jgalkin@lgattorneys.com>, "jeffrey@jcblawyer.com" <jeffrey@jcblawyer.com>, "terrie@jcblawyer.com" <terrie@jcblawyer.com>
Cc: Jay Rock <JRock@rfclaw.com>, "Patrick W. Chinnery" <pchinnery@rfclaw.com>, "Patrick R. Moran" <pmoran@rfclaw.com>

Counsel,

I have been asked by Mr. Moran to forward to you the attached pleading that has been submitted for filing today in the above-captioned matter. We will provide you a file-stamped copy once we receive it back from the court.

The attached emergency motion is noticed before Judge Atkins for tomorrow, March 12th at 11:00 a.m.

Kind regards,

Linda M. White

Paralegal

**Rock Fusco & Connelly, LLC**

321 N. Clark Street, Suite 2200

Chicago, Illinois 60654

312.494.1000 (p) I 312.494.1001 (f)

lwhite@rfclaw.com I http://www.rfclaw.com



2 attachments

- NOM - Krone Em Motion Leave Am Comp & TRO.pdf
  390K

- Motion for TRO-PI w Exhs.pdf
  4223K



PLAINTIFF'S EXHIBIT 5
ALL-STATE LEGAL SUPPLY CO.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| SCOTT KRONE, an individual,<br>SSSK CAPITAL FUND, LTD., an Illinois Corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>FREEDOM BUILDINGS, LLC, a Nevada limited liability company; *et al.*,<br><br>        Defendants.<br>FREEDOM BUILDINGS, LLC, a Nevada limited liability company; *et al.*,<br><br>        Counter-Plaintiffs,<br><br>v.<br><br>SCOTT KRONE, *et al.*,<br><br>        Counter-Defendants. | No. 2018 CH 6885<br>Consolidated with<br>No. 2018 CH 2032 |

### NOTICE OF EMERGENCY MOTION

To:    See Attached Certificate of Service

PLEASE TAKE NOTICE that on March 12, 2019 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge David Atkins in Room 2102 in the Richard J. Daley Center, or any judge sitting in his stead, and shall then and there present **Plaintiff Scott Krone's Emergency Motion for Leave to Amend the Complaint and for Temporary Restraining Order.**

Dated: March 8, 2019

                                                      Respectfully submitted,
                                                      Scott Krone


                                                      By: */s/ Patrick R. Moran*
                                                            One of His Attorneys

John J. Rock
Patrick R. Moran
Patrick W. Chinnery
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

SCOTT KRONE, an individual, )
SSSK CAPITAL FUND, LTD., an Illinois )
Corporation, )
                                     )
             Plaintiffs, )
                                     )
v.                               )    No. 2018 CH 6885
                                     )    Consolidated with
FREEDOM BUILDINGS, LLC, a Nevada )    No. 2018 CH 2032
limited liability company; *et al.*, )
                                     )
             Defendants. )
FREEDOM BUILDINGS, LLC, a Nevada )
limited liability company; *et al.*, )
                                     )
             Counter-Plaintiffs, )
v. )
SCOTT KRONE, *et al.*, )
             Counter-Defendants. )

**PLAINTIFF/DEFENDANT SCOTT KRONE'S EMERGENCY
MOTION FOR A TEMPORARY RESTRAINING ORDER
AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

     Defendant/Plaintiff, SCOTT KRONE ("Krone"), through his attorneys ROCK FUSCO & CONNELLY, LLC, and for his Motion for a Temporary Restraining Order pursuant to 735 ILCS 5/11-10 and for Leave to File an Amended Complaint, states the following:

     1.    On Thursday March 7, 2019, Krone's attorney received a letter from the attorney for Defendant Abdul Arif threatening to enforce a personal guarantee against Krone within five business days, unless Krone alone agrees to pay an absurd sum of money and turn over his personal tax and financial records. (*See* Letter from L. Blumenthal with attachments, dated March 7, 2019, attached as Exhibit A). Arif is one of the individuals Krone sued for conspiring with Muthukumar Vellachaimy ("Kumar") and Subhash H. Shah ("Shah") to unlawfully force Krone out as a