IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSET MANAGEMENT, LLC LLC, | ) )  ) |
| Plaintiff, | ) ) Case No.: 1:19-cv-01912 |
| v. | ) Honorable John Z. Lee ) ) |
| SCOTT J. KRONE, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

**THIS CAUSE** coming before the Court on Plaintiff, Illinois Asset Management, LLC's Complaint for Confession of Judgment against Defendant, Scott J. Krone, and the Court having reviewed and considered the aforesaid Complaint for Confession of Judgment and all exhibits thereto, including the Affidavit of Abdul Arif ("Arif"), President of the Plaintiff, wherein Arif attests, under oath, that he believes that the allegations of the aforesaid Complaint for Confession of Judgment are true and correct (Exhibit F, page 2, ¶4) and the Cognovit of Defendant Scott J. Krone, a copy of which is attached as Exhibit F to the aforesaid Complaint,

**IT IS HEREBY ORDERED** that:

1) An in *personam* judgment is entered in favor of the Plaintiff, Illinois Asset Management, LLC and against the Defendant, Scott J. Krone, in the amount of $ 6,028.246.59.

2) Execution may issue on this Judgment immediately.

ENTER: 4/2/19

Date: April 2, 2019

_____
John Z. Lee
United States District Court Judge



PLAINTIFF'S EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Illinois Asset Management, LLC
                                        Plaintiff,

v.                                                          Case No.: 1:19−cv−01912
                                                            Honorable John Z. Lee

Scott J. Krone
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 4/2/19. Motion for entry of judgment order [8] is granted without objection. Judgment is entered in favor of the Plaintiff and against the Defendant Scott J. Krone in the amount of $6,028,246.59. Enter judgment order. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.