IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| SCOTT KRONE, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM BUILDINGS, LLC, et al., <br><br> Defendants. | Case No. 2018 CH 6885 <br> Consol w/ 2018 CH 2032 |

## NOTICE OF FILING

To:  See Attached Certificate of Service

PLEASE TAKE NOTICE that on this 5th day of April, 2019 we filed with the Clerk of the Court for the Circuit Court of Cook County, Illinois the following pleading:

- **Plaintiff's Third Amended Verified Complaint for Declaratory, Injunctive and Other Relief**

copies of which are hereby attached and served upon you.

Dated:   April 5, 2019

Respectfully submitted,

By: /s/ *Patrick W. Chinnery*
Attorney for Plaintiffs, SCOTT KRONE

John J. Rock
Patrick R. Moran
Patrick W. Chinnery
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.491.1000/312.494.1001 – fax
Email: jrock@rfclaw.com
        pmoran@rfclaw.com
        pchinnery@rfclaw.com
Firm ID: 48719

FILED
4/5/2019 10:04 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018CH06885



PLAINTIFF'S EXHIBIT 8

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies he served the foregoing document upon all parties listed below, via email and U.S. mail, on the date of filing before 5:00 p.m.

Platform I 600 Waukegan, LLC
600 Waukegan Road Condominium Association
c/o Jeffrey M. Galkin
Levin Ginsburg
180 N. LaSalle Street, Suite 3200
Chicago, IL 60601
Email: jgalkin@lgattorneys.com

Stephen J. Link
Attorney at Law
1001 W. Lake Street, Suite A
Addison, IL 60101
Email: sjlink502@aol.com
*Attorney for James Licata and Tresi, LLC*

Glenn M. Kanter
Brown, Udell, Pomerantz & Delrahim, Ltd.
225 W. Illinois Street, 3rd Floor
Chicago, Illinois 60654
Email: gkanter@bupdlaw.com
*Attorneys for SBS Private Equity Funds, LP, Steve Siegel, Joint Equity Partners, LLC and Fountainhead Capital Corp.*

Jeffrey C. Blumenthal
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite 223
Northbrook, Illinois 60015
Email: jeffrey@jcblawyer.com
terrie@jcblawyer.com
*Attorneys for Abdul Arif*

Craig M. Capilla
Allie K. Haling
Franklin Law Group
181 Waukegan Road Suite 205
Northfield, Illinois 60093
Email: ccapilla@charlesfranklinlaw.com
ahaling@charlesfranklinlaw.com
*Attorneys for Freedom Buildings, Vimame, Inc., Muthukumar Vellaichamy, Shah Management, LLC, Shah Subhash Family, L.P. and Subhash Shah, M.D.*

Katherine Grosh
Levin Ginsburg
180 N. LaSalle Street, Suite 3200
Chicago, Illinois 60601
Email: kgrosh@lgattorneys.com
*Attorneys for Platform Bradley, LLC*

/s/ Patrick W. Chinnery

FILED DATE: 4/5/2019 10:04 AM 2018CH06885