# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ILLINOIS ASSET MANAGEMENT, LLC LLC, )
)
    *Plaintiff*, )
) Case No.: 1:19-cv-01912
v. ) Honorable John Z. Lee
)
SCOTT J. KRONE, )
)
    *Defendant*. )

### JUDGMENT ORDER

**THIS CAUSE** coming before the Court on Plaintiff, Illinois Asset Management, LLC's Complaint for Confession of Judgment against Defendant, Scott J. Krone, and the Court having reviewed and considered the aforesaid Complaint for Confession of Judgment and all exhibits thereto, including the Affidavit of Abdul Arif ("Arif"), President of the Plaintiff, wherein Arif attests, under oath, that he believes that the allegations of the aforesaid Complaint for Confession of Judgment are true and correct (Exhibit F, page 2, ¶4) and the Cognovit of Defendant Scott J. Krone, a copy of which is attached as Exhibit F to the aforesaid Complaint,

**IT IS HEREBY ORDERED** that:

1) An in *personam* judgment is entered in favor of the Plaintiff, Illinois Asset Management, LLC and against the Defendant, Scott J. Krone, in the amount of $ 6,028.246.59.

2) Execution may issue on this Judgment immediately.

                      **ENTER:** 4/2/19

Date: April 2, 2019

John Z. Lee
United States District Court Judge



Doc# 1910245041 Fee $40.00

EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 04/12/2019 01:24 PM PG: 1 OF 2



PLAINTIFF'S EXHIBIT 9



A TRUE COPY ATTEST
THOMAS G. BRUTON, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: _____



# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS ASSET MANAGEMENT, LLC LLC,<br>    *Plaintiff*,<br>v.<br>SCOTT J. KRONE,<br>    *Defendant*. | ) ) ) ) ) ) ) ) ) ) |

Case No.: 1:19-cv-01912
Honorable John Z. Lee

## JUDGMENT ORDER

**THIS CAUSE** coming before the Court on Plaintiff, Illinois Asset Management, LLC's Complaint for Confession of Judgment against Defendant, Scott J. Krone, and the Court having reviewed and considered the aforesaid Complaint for Confession of Judgment and all exhibits thereto, including the Affidavit of Abdul Arif ("Arif"), President of the Plaintiff, wherein Arif attests, under oath, that he believes that the allegations of the aforesaid Complaint for Confession of Judgment are true and correct (Exhibit F, page 2, ¶4) and the Cognovit of Defendant Scott J. Krone, a copy of which is attached as Exhibit F to the aforesaid Complaint,

**IT IS HEREBY ORDERED** that: Last known address 631 Lake Ave Wilette, Il. 60091

1) An in *personam* judgment is entered in favor of the Plaintiff, Illinois Asset Management, LLC and against the Defendant, Scott J. Krone, in the amount of $ 6,028.246.59.

2) Execution may issue on this Judgment immediately.

**ENTER:** 4/2/19

*John Z. Lee*

Date: April 2, 2019

John Z. Lee
United States District Court Judge

Mail to:
Jeffrey C. Blumenthal Chartered
2970 Maria Ave
Suite 223
Northbrook, Il. 60062



Image# 058144590002 Type: JUD
Recorded: 04/12/2019 at 03:38:25 PM
Receipt#: 2019-00017231
Page 1 of 2
Fees: $50.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File 7554917

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE _____