IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ILLINOIS ASSET MANAGEMENT, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 19-cv-1912 |
| SCOTT J KRONE, | ) |
| Defendant. | ) |

TABLE OF CONTENTS OF EXHIBITS
TO PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION TO VACATE AND DISMISS OR ABSTAIN

| Document Description | Exhibit Number |
|---|---|
| April 25, 2019 Transcript of Proceedings | 1 |
| Promissory Note of Platform Bradley, LLC to International Bank of Chicago (*Exhibit B* to Federal Complaint) | 2 |
| Scott Krone's Commercial Guaranty (*Exhibit A* to Federal Complaint) | 3 |
| March 7, 2019 Demand Letter on Guaranty and Attachments | 4 |
| March 11, 2019 Email and Notice of Emergency Motion | 5 |
| Judgment Order Entered by the Honorable Judge John Z. Lee on April 2, 2019 | 6 |
| Citation Notice, April 5, 2019 Letter and Third Party Citation to Discover Assets | 7 |
| Notice of Filing of Krone's Third Amended Verified Complaint in State Court Action | 8 |
| Recorded Judgment Orders by the Honorable Judge John Z. Lee on April 12, 2019 | 9 |
| April 17, 2019 Transcript of Proceedings | 10 |