UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| _____ ) | |
| Illinois Asset Management, LLC ) | Civil Case No. 19-cv-01912 |
| ) | |
| Plaintiff, ) | Judge John Z. Lee |
| ) | Magistrate Judge Jeffrey Gilbert |
| v. ) | |
| ) | |
| Scott J. Krone, ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Plaintiff's Response in Opposition to Defendant's Motion to Vacate and Dismiss or Abstain, Exhibits 1 through 10 to said Response and Plaintiff's Table of Contents of Exhibits to Plaintiff's Response in Opposition to Defendant's Motion to Vacate and Dismiss or Abstain were served on the below counsel for Defendant via the Court's ECF system on May 8, 2019 on:

Timothy J. Somen, Esq.
Somen Law Firm, LLC
1620 W. Colonial Parkway
Inverness, Illinois 60067

John J. Rock, Esq.
Patrick R. Moran, Esq.
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654

The Response, Exhibits and Appendix were also served on Timothy J. Somen, Esq., Somen Law Firm, LLC and John J. Rock and Patrick Moran, Rock Fusco & Connelly, LLC by e-mail by sending the same to the following respective e-mail addresses: tim@somenlawfirm.com, jrock@rfc.law.com and pmoran@rfclaw.com

By: /s/Jeffrey C. Blumenthal
Attorney for Plaintiff, Illinois Asset Management, LLC